# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
**Richard J. Murton** )    Chapter 13 Case
 )
 )    Number   **14-41133**
*Debtor(s)* )

## MOTION REGARDING CHAPTER 13 PLAN PAYMENTS

    The above-captioned Debtor(s) hereby requests that the Chapter 13 plan payments be remitted as indicated by the checked box:

☐ **Wage Withholding.** A completed Order to Commence Withholding is attached. The undersigned Debtor, by submitting the completed Order to Commence Withholding, grants permission to the Court to provide the Debtor's employer with the Debtor's taxpayer identification number for the sole purpose of identifying the Debtor as an employee; or

☒ **Direct Pay.** A completed Order to Allow Direct Plan Payments to Trustee is attached. The Debtor receives income from self-employment, social security, pension or other income from which withholding is not feasible for the following reasons:

**DEBTOR RECEIVES SOCIAL SECURITY**

(Give name and nature of business and explain why direct payment is necessary.)

DATED:   **July 18, 2014**          **/s/ Richard J. Murton**
                                     Richard J. Murton
                                     Debtor

                                     **/s/ BARBARA B. BRAZIEL**
                                     **BARBARA B. BRAZIEL**
                                     Attorney for Debtor

## United States Bankruptcy Court
### Southern District of Georgia

In re  **Richard J. Murton**                                              Case No.  **14-41133**
                              Debtor(s)                                    Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 18, 2014**, a copy of **Motion Regarding Plan Payment** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**O. BYRON MEREDITH III**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 10556**
**SAVANNAH, GA 31412**

                                                                           **/s/ BARBARA B. BRAZIEL**
                                                                           **BARBARA B. BRAZIEL**
                                                                           **BARBARA B. BRAZIEL**
                                                                           **6555 ABERCORN ST.**
                                                                           **SUITE 105**
                                                                           **SAVANNAH, GA 31405**
                                                                           **912-351-9000Fax:912-692-0768**
                                                                           **bwbraziel@bellsouth.net**